46 A.3d 550

IN THE MATTER OF CLIFFORD B. SINGER, AN ATTORNEY AT LAW (ATTORNEY NO. 026271984).

July 5, 2012.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decisions in DRB 10–033 and DRB 11–387, concluding that **CLIFFORD B. SINGER of WALDWICK,** who was admitted to the bar of this State in 1984, should be disciplined for the unethical conduct established in said matters, consisting of violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to adequately communicate with the client), *RPC* 1.15(a) (negligent misappropriation of client trust funds), *RPC* 1.15(d) (recordkeeping violations), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having concluded that a censure should be imposed for the totality of respondent's unethical conduct established in DRB 10–033 and DRB 11–387;

And the Disciplinary Review Board having further concluded that respondent should be required to continue to practice law under supervision;

And good cause appearing;

It is ORDERED that **CLIFFORD B. SINGER** is hereby censured for the unethical conduct found in DRB 10-033 and DRB 11-387; and it is further

ORDERED that respondent shall continue to practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics, until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.